**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IN RE:

HOTI ENTERPRISES, L.P.,

        Debtor.

-----------------------------------------------------------X
HOTI ENTERPRISES, L.P.,

        Plaintiff,

  - against -

ANDY PANKEN, *et al.,*

        Defendants.

-----------------------------------------------------------X

Chapter 11
Case No. 10-24129 (RDD)

Adv. Pro. No. 15-08221-rdd

# ORDER GRANTING MOTION TO DISMISS
# IN FAVOR OF DEFENDANTS ANDY PANKEN AND
# STERN KEISER & PANKEN LLP

Upon the motion (with the exhibits thereto, the "Motion") of defendants Andy Panken and Stern Keiser & Panken LLP (the "Panken Defendants") to dismiss, pursuant to Fed. R. Bankr. P. 7012, the claims asserted against them in the Amended Complaint, filed in this Adversary Proceeding on July 31, 2015; and there being due and sufficient notice of the Motion; and upon the plaintiff's objection thereto, including the affidavit of Victor Dedvukaj, sworn to December 15, 2015, and the exhibits annexed thereto and plaintiff's Memorandum of Law in Opposition; and upon the Panken Defendants' Reply Memorandum of Law in Further Support of the Motion to Dismiss and all other pleadings filed in relation to the Motion; and upon the record of the hearing held by the Court on the Motion on February 9, 2016, at which the Panken Defendants appeared by Jason L. Ederer, Esq. of Goldberg Segalla LLP and plaintiff appeared by Alexander E. Sklavos, Esq.; and after due deliberation and for the reasons stated by the Court in its bench ruling at the hearing; and good and sufficient cause appearing, it is hereby

4566732.1

ORDERED, that the Motion is granted and (a) the first and second causes of action in the Amended Complaint (for legal malpractice and breach of fiduciary duty as against the Panken Defendants) are dismissed on the ground that plaintiff lacks standing to bring such claims, such claims having been assigned to another party under the confirmed chapter 11 plan in this case; (b) the first and second causes of action in the Amended Complaint (for legal malpractice and breach of fiduciary duty as against the Panken Defendants) are dismissed for failure to state a claim upon which relief can be granted; (c) the second cause of action in the Amended Complaint (for breach of fiduciary duty as against the Panken Defendants) is dismissed on the alternative ground that it is duplicative of the first cause of action (for legal malpractice as against the Panken Defendants); and (d) the first and second causes of action in the Amended Complaint (for legal malpractice and breach of fiduciary duty as against the Panken Defendants) are dismissed on the alternative ground that such claims are barred by the statute of limitations, in each case ((a) through (d) above) with prejudice and without costs.

Dated: White Plains, New York
      February 17, 2016

                                              /s/Robert D. Drain
                                              Robert D. Drain
                                              United States Bankruptcy Judge

4566732.1