UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE:

HOTI ENTERPRISES, L.P.,

                            Debtor.
-----------------------------------------------------------------x
HOTI ENTERPRISES, L.P.,

                           Plaintiff,

        -against-

ANDY PANKEN, *et al.*,

                           Defendants.
-----------------------------------------------------------------x

Chapter 11
Case No.: 15-08221 (RDD)

Adv.Pro. No. 15-08221-rdd

**ORDER GRANTING MOTION OF DEFENDANTS ROBERT L. RATTET, JAMES B. GLUCKSMAN (SUED HEREIN AS JAMES B. GLUCKMAN), AND RATTET PASTERNAK, LLP F/K/A RATTET, PASTERNAK, & GORDON-OLIVER, LLP FOR AN ORDER DISMISSING THE AMENDED COMPLAINT**

Upon the motion (with the exhibits thereto, the "Motion") of defendants Robert L. Rattet, James B. Glucksman (sued herein as James B. Gluckman), and Rattet Pasternak, LLP f/k/a Rattet, Pasternak, & Gordon-Oliver, LLP (collectively, the "Rattet Defendants"), for an order, pursuant to Fed. R. Bankr. P. 7012, dismissing the Amended Complaint filed in this proceeding by plaintiff Hoti Enterprises, LP ("Plaintiff") in its entirety as against the Rattet Defendants, with prejudice; and there being due and sufficient notice of the Motion; and upon the Plaintiff's objection thereto, including the affidavit of Victor Dedvukaj, sworn to December 15, 2015, and the exhibits annexed thereto and Plaintiff's Memorandum of Law in Opposition to the Motion; and upon the Reply Declaration of Robert J. Bergson, sworn to January 28, 2016, and the exhibits annexed thereto, and the Rattet Defendants' Reply Memorandum of Law in Further

Support of the Motion and all other pleadings related to the Motion; and upon the record of the hearing held by the Court on the Motion on February 9, 2016, at which the Rattet Defendants appeared by Eric B. Post, Esq. of Abrams Garfinkel Margolis Bergson, LLP and Plaintiff appeared by Alexander E. Sklavos, Esq.; and, after due deliberation and for the reasons stated by the Court in its bench ruling at the hearing; and good and sufficient cause appearing, it is hereby

ORDERED, that the Motion is granted and all claims set forth in the Amended Complaint as against the Rattet Defendants are dismissed in their entirety, with prejudice and without costs, on the ground that the Plaintiff lacks standing to bring such claims, such claims having been assigned to another party under the confirmed chapter 11 plan in this case.

Dated: White Plains, New York
       February 18, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_/s/Robert D. Drain_____
　　　　　　　　　　　　　　　　　　　　　　　　Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge