Official Form 17A (12/14)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE:

HOTI ENTERPRISES, L.P.,

                               Debtor.
-----------------------------------------------------------------X
HOTI ENTERPRISES, L.P.,

                               Plaintiff,

   -against-

ANDY PANKEN, STERN KEISER & PANKEN, LLP,
LAWRENCE REICH, JEFFREY REICH, REICH,
REICH & REICH PC, DELBELLO DONNELLAN
WEINGARTEN WISE & WIEDERKEHR, LLP,
ROBERT L. RATTET, JAMES B. GLUCKMAN,
RATTET PASTERNAK, LLP F/K/A RATTET,
PASTERNAK & GORDON-OLIVER, LLP,
TANYA DWYER, DWYER & ASSOCIATES, LLC
AND CARL E. PERSON,

                               Defendants.
-----------------------------------------------------------------X

Chapter 11
Case No. 10-24129 (RDD)

Adv. Pro. No. 15-08221-rdd

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellants(s)

1. Name(s) of appellant(s):
      HOTI ENTERPRISES, L.P.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding |
|---|---|
| xx  Plaintiff | |
| ☐ Defendant | ☐ Debtor |
| ☐ Other (describe) _____ | ☐ Creditor |
| | ☐ Trustee |
| | ☐ Other (describe) _____ |

### Part 2:  Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Granting Motion of Defendants Robert L. Rattet, James B. Glucksman (sued herein as James B. Gluckman), and Rattet Pasternak, LLP f/k/a Rattet, Pasternak, & Gordon-Oliver, LLP for an Order Dismissing the Amended Complaint

2. State the date on which the judgment, order or decree was entered: *February 18, 2016*

### Part 3:  Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| | | | |
|---|---|---|---|
| 1. | Party: Carl E. Person | Attorney: | Pro Se<br>225 E. 36th Street<br>New York, NY 10016-3664<br>212-307-4444 |
| 2. | Party: Lawrence Reich; Jeffrey Reich; Reich, Reich & Reich, P.C. | Attorney: | Steinberg & Cavaliere, LLP<br>Benjamin Zelemyer, Esq.<br>50 Main Street<br>White Plains, NY 10606 |
| 3. | Party: Andy Panken; Stern, Keiser & Panken, LLP, | Attorney: | Goldberg Segalla LLP<br>Jason Ederer, Esq.<br>600 Lexington Avenue, Suite<br>Suite 900<br>New York, NY 10022<br><br>Peter J. Biging, Esq.<br>Ohrenstein & Brown<br>230 Park Avenue<br>New York, NY 10169 |
| 4. | Party: Robert L. Rattet, James Gluckman, Rattet Pasternak, LLP *fka* Rattet Pasternak & Gordon-Oliver, LLP | Attorney: | Margolis Bergson LLP<br>Robert J. Bergson, Esq.<br>237 West 35th Street, 4th Floor<br>New York, NY 10001<br><br>Eric B. Post, Esq.<br>Abrams Garfinkel Margolis Bergson, LLP<br>1430 Broadway<br>New York, NY 10018 |

### Part 4:  Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check

below.   Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Panel 5:   Sign below**

_____   Date: March 1, 2016
Signature of attorney for appellate(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

The Sklavos Law Group, PC
Alexander E. Sklavos, Esq.
375 N. Broadway, Suite 208
Jericho, New York 11753

For waiver notice:   If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
IN RE:

HOTI ENTERPRISES, L.P.,

                    Debtor.
----------------------------------------------------------------x
HOTI ENTERPRISES, L.P.,

                    Plaintiff,

    -against-

ANDY PANKEN, *et al.*,

                    Defendants.
----------------------------------------------------------------x

Chapter 11
Case No.: 15-08221 (RDD)

Adv.Pro. No. 15-08221-rdd

## ORDER GRANTING MOTION OF DEFENDANTS ROBERT L. RATTET, JAMES B. GLUCKSMAN (SUED HEREIN AS JAMES B. GLUCKMAN), AND RATTET PASTERNAK, LLP F/K/A RATTET, PASTERNAK, & GORDON-OLIVER, LLP FOR AN ORDER DISMISSING THE AMENDED COMPLAINT

Upon the motion (with the exhibits thereto, the "Motion") of defendants Robert L. Rattet, James B. Glucksman (sued herein as James B. Gluckman), and Rattet Pasternak, LLP f/k/a Rattet, Pasternak, & Gordon-Oliver, LLP (collectively, the "Rattet Defendants"), for an order, pursuant to Fed. R. Bankr. P. 7012, dismissing the Amended Complaint filed in this proceeding by plaintiff Hoti Enterprises, LP ("Plaintiff") in its entirety as against the Rattet Defendants, with prejudice; and there being due and sufficient notice of the Motion; and upon the Plaintiff's objection thereto, including the affidavit of Victor Dedvukaj, sworn to December 15, 2015, and the exhibits annexed thereto and Plaintiff's Memorandum of Law in Opposition to the Motion; and upon the Reply Declaration of Robert J. Bergson, sworn to January 28, 2016, and the exhibits annexed thereto, and the Rattet Defendants' Reply Memorandum of Law in Further

Support of the Motion and all other pleadings related to the Motion; and upon the record of the hearing held by the Court on the Motion on February 9, 2016, at which the Rattet Defendants appeared by Eric B. Post, Esq. of Abrams Garfinkel Margolis Bergson, LLP and Plaintiff appeared by Alexander E. Sklavos, Esq.; and, after due deliberation and for the reasons stated by the Court in its bench ruling at the hearing; and good and sufficient cause appearing, it is hereby

ORDERED, that the Motion is granted and all claims set forth in the Amended Complaint as against the Rattet Defendants are dismissed in their entirety, with prejudice and without costs, on the ground that the Plaintiff lacks standing to bring such claims, such claims having been assigned to another party under the confirmed chapter 11 plan in this case.

Dated: White Plains, New York
       February 18, 2016

                                             /s/Robert D. Drain
                                             Robert D. Drain
                                             United States Bankruptcy Judge