Official Form 17A (12/14)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE:

HOTI ENTERPRISES, L.P.,

                              Debtor.

-------------------------------------------------------------X
HOTI ENTERPRISES, L.P.,

                              Plaintiff,

   -against-

ANDY PANKEN, STERN KEISER & PANKEN, LLP,
LAWRENCE REICH, JEFFREY REICH, REICH,
REICH & REICH PC, DELBELLO DONNELLAN
WEINGARTEN WISE & WIEDERKEHR, LLP,
ROBERT L. RATTET, JAMES B. GLUCKMAN,
RATTET PASTERNAK, LLP F/K/A RATTET,
PASTERNAK & GORDON-OLIVER, LLP,
TANYA DWYER, DWYER & ASSOCIATES, LLC
AND CARL E. PERSON,

                              Defendants.
-------------------------------------------------------------X

Chapter 11
Case No. 10-24129 (RDD)

Adv. Pro. No. 15-08221-rdd

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1:   Identify the appellants(s)

1. Name(s) of appellant(s):
     HOTI ENTERPRISES, L.P.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
xx   Plaintiff

☐ Defendant

☐ Other (describe) _____

For appeals in a bankruptcy case and
not in an adversary proceeding

☐ Debtor

☐ Creditor

☐ Trustee

☐ Other (describe) _____

**Part 2:   Identify the subject of this appeal**

    1.    Describe the judgment, order, or decree appealed from: Order Granting Motion to Dismiss of Defendant Carl E. Person

    2.    State the date on which the judgment, order or decree was entered: *February 18, 2016*

**Part 3:   Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.    Party: Carl E. Person    Attorney:  Pro Se
225 E. 36th Street
New York, NY 10016-3664
212-307-4444

2.    Party: Lawrence Reich; Jeffrey Reich; Reich, Reich & Reich, P.C.    Attorney:  Steinberg & Cavaliere, LLP
Benjamin Zelemyer, Esq.
50 Main Street
White Plains, NY 10606

3.    Party: Andy Panken; Stern, Keiser & Panken, LLP,    Attorney:  Goldberg Segalla LLP
Jason Ederer, Esq.
600 Lexington Avenue, Suite
Suite 900
New York, NY 10022

Peter J. Biging, Esq.
Ohrenstein & Brown
230 Park Avenue
New York, NY 10169

4.    Party: Robert L. Rattet, James Gluckman,   Rattet Pasternak, LLP *fka* Rattet Pasternak & Gordon -Oliver, LLP    Attorney:  Margolis Bergson LLP
Robert J. Bergson, Esq.
237 West 35th Street, 4th Floor
New York, NY 10001

Eric B. Post, Esq.
Abrams Garfinkel Margolis Bergson, LLP
1430 Broadway
New York, NY 10018

**Part 4:   Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Panel 5:   Sign below**

_____   Date: March 1, 2016
Signature of attorney for appellate(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

The Sklavos Law Group, PC
Alexander E. Sklavos, Esq.
375 N. Broadway, Suite 208
Jericho, New York 11753

For waiver notice:   If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:

HOTI ENTERPRISES, L.P.,

Chapter 11
Case No. 10-24129 (RDD)

Debtor.
-----------------------------------------------------------X
HOTI ENTERPRISES, L.P.,

Plaintiff,

- against -

ANDY PANKEN, *et al.*,

Adv. Pro. No. 15-08221-rdd

Defendants.
-----------------------------------------------------------X

## ORDER GRANTING MOTION TO DISMISS
## OF DEFENDANT CARL E. PERSON

Upon the motion (with the exhibits thereto, the "Motion") of defendant Carl E. Person ("Person") for dismissal, pursuant to Fed .R. Bankr. P. 7012, of the claims asserted against him in the Amended Complaint filed in this Adversary Proceeding on July 31, 2015; and there being due and sufficient notice of the Motion; and upon the plaintiff's objection thereto, including the affidavit of Victor Dedvukaj, sworn to December 15, 2015, and the exhibits annexed thereto, and plaintiff's Memorandum of Law in Opposition; and upon Person's Reply Memorandum of Law in Further Support of Person's Motion to Dismiss Amended Complaint, dated December 18, 2015; and upon the record of the hearing held by the Court on the Motion on February 9, 2016, at which Person appeared *pro se* and plaintiff appeared by Alexander E. Sklavos, Esq.; and after due deliberation and for the reasons stated by the Court in its bench ruling at the hearing; and good and sufficient cause appearing, it is hereby

ORDERED, that the Motion is granted and (a) the tenth, eleventh and fifteenth causes of action in the Amended Complaint (for alleged legal malpractice, breach of fiduciary duty and under New York Judiciary Law § 487, respectively) are dismissed on the ground that plaintiff lacks standing to bring such claims; and (b) the fifteenth cause of action in the Complaint (under New York Judiciary Law § 487) is dismissed on an alternative basis for failure to state a claim upon which relief can be granted, in each case ((a) through (b), above) with prejudice and without costs.

Dated: White Plains, New York
       February 18, 2016

                                          /s/Robert D. Drain
                                          Robert D. Drain
                                          United States Bankruptcy Judge